## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-143** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **RONALD CLARENCE BARKLEY** | : | |

### ORDER

AND NOW, this 14th day of June, 2011, upon consideration of the requests for restitution submitted by two victims of the defendant's offense, and the court's memorandum and order (Doc. 34) dated March 7, 2011, wherein the court determined that restitution is due pursuant to 18 U.S.C. § 2259, but deferred determination of a restitution amount pending a hearing on the matter (see Doc. 35), and upon further consideration of the briefing submitted by the government and the defendant as to the appropriate amount of restitution (see Docs. 42, 43), and it appearing that the government and the defendant have recommended a total restitution amount of $5,000 (see Doc. 43, at 13), and upon oral confirmation that the two victims concur in the recommended restitution amount, and the court finding that it need only be able to estimate the victim's losses with some reasonable certainty, see United States v. Doe, 488 F.3d 1154, 1159-60 (9th Cir. 2007); United States v. Monzel, 746 F. Supp. 2d 76, 88 (D.D.C. 2010); United States v. Church, 701 F. Supp. 2d 814, 830-31 (W.D. Va. 2010), and the court concluding that the recommended restitution amount appropriately compensates the victims for the losses resulting from defendant's offense, it is hereby ORDERED that:

1. The recommended restitution amount of $5,000, in total, is ADOPTED.

2. An amended judgment shall issue to reflect the restitution amount of $5,000.

3. In light of the court's adoption of the recommended restitution amount, the hearing scheduled for Friday, June 17, 2011, at 10:00 a.m. is CANCELLED.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge